IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TAMMY EILEEN CARL,**<br>    **Plaintiff,**<br><br>           v.<br><br>**CAROLYN COLVIN, Acting<br>Commissioner of Social Security,**<br>     **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 13-5443** |

# O R D E R

**AND NOW**, this 19th day of February, 2015, upon consideration of Plaintiff's Complaint, defendant's Answer, Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response to Request for Review by Plaintiff, and the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated January 23, 2015, no objection having been filed, **IT IS ORDERED** as follows:

1.      The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated January 23, 2015, is **APPROVED** and **ADOPTED**;

2.      Plaintiff's Request for Review is **GRANTED** to the extent that it seeks a remand, and **DENIED** in all other respects; and,

3.      The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated January 23, 2015.

                                                                        **BY THE COURT:**

                                                                        /s/ Hon. Jan E. DuBois
                                                                        _____
                                                                            DuBOIS, JAN E., J.